■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL TAYLOR, Appellant.—Appeal by the defendant, as limited by his motion, from an amended sentence of the County Court, Rockland County (Meehan, J.), imposed September 13, 1989.

Ordered that the amended sentence is affirmed, and the matter is remitted to the County Court, Rockland County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mangano, P. J., Kunzeman, Kooper, Sullivan and Ritter, JJ., concur.